
```
                                                                    FILED
                                                               ASHEVILLE, NC

                                                                FEB 03 2026
        UNITED STATES DISTRICT COURT FOR THE
         WESTERN DISTRICT OF NORTH CAROLINA                  U.S. DISTRICT COURT
                   ASHEVILLE DIVISION                        W. DISTRICT OF N.C.
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:26-cr-3-MR-WCM |
| ) | |
| v. ) | BILL OF INDICTMENT |
| ) | Violations: |
| 1) LUIS ENRIQUE ANDRADE MENBRENO ) | 18 U.S.C. § 1951(a) |
| ) | 18 U.S.C. § 924(c) |
| 2) NIXZON EDUARDO GARCIA CARILLO ) | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

At all times relevant to this indictment, the Tienda Latino – Alexa Mini Market located at 701 S. Lafayette Street, Shelby, North Carolina, and the Tienda Mexicana El Huacal located at 1506 E. Dixon Boulevard, Shelby, North Carolina, in the Western District of North Carolina, were businesses engaged in the business of selling goods and food stuffs, and were engaged in interstate and foreign commerce and in activity affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 1951.

**COUNT ONE**

The Grand Jury re-alleges and incorporates herein the Introduction to this Bill of Indictment.

On or about July 18, 2025, in Cleveland County, within the Western District of North Carolina,

              1) LUIS ENRIQUE ANDRADE MENBRENO

1

did knowingly and intentionally obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain property belonging to the Tienda Latino – Alexa Mini Market, located at 701 S. Lafayette Street, Shelby, North Carolina, from the person and in the presence of one or more persons, against their will, and by means of actual and threatened force, violence, and fear of immediate and future injury to said persons, and did aid and abet others, known and unknown to the Grand Jury, in so doing.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT TWO

The Grand Jury re-alleges and incorporates herein the Introduction to this Bill of Indictment.

On or about July 18, 2025, in Cleveland County, within the Western District of North Carolina,

1) LUIS ENRIQUE ANDRADE MENBRENO

during and in relation to a crime of violence, that is, Interference with Commerce by Robbery, a violation of Title 18, United States Code, Section 1951, for which he may be prosecuted in a court of the United States, did knowingly and unlawfully use and carry one or more firearms, and in the furtherance of such crime of violence, knowingly possess one or more of said firearms, and did aid and abet others, known and unknown to the Grand Jury, in so doing.

It is further alleged that one or more of said firearms was brandished in violation of Title 18, United States Code, Section 924(c)(1)(a)(ii).

All in violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT THREE

The Grand Jury re-alleges and incorporates herein the Introduction to this Bill of Indictment.

On or about September 5, 2025, in Cleveland County, within the Western District of North Carolina,

    1) LUIS ENRIQUE ANDRADE MENBRENO

did knowingly and intentionally obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain property belonging to the Tienda Mexicana El Huacal, located at 1506 E. Dixon Boulevard, Shelby, North Carolina, from the person and in the presence of one or more persons, against their will, and by means of actual and threatened force, violence, and fear of immediate and future injury to said persons, and did aid and abet another, known and unknown to the Grand Jury, in so doing.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT FOUR

The Grand Jury re-alleges and incorporates herein the Introduction to this Bill of Indictment.

On or about September 5, 2025, in Cleveland County, within the Western District of North Carolina,

1) LUIS ENRIQUE ANDRADE MENBRENO

during and in relation to a crime of violence, that is, Interference with Commerce by Robbery, a violation of Title 18, United States Code, Section 1951, for which they may be prosecuted in a court of the United States, did knowingly and unlawfully use and carry one or more firearms, and in the furtherance of such crime of violence, did knowingly possess one or more of said firearms, and did aid and abet another, known and unknown to the Grand Jury, in so doing.

It is further alleged that one or more of said firearms was brandished in violation of Title 18, United States Code, Section 924(c)(1)(a)(ii).

All in violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT FIVE

The Grand Jury re-alleges and incorporates herein the Introduction to this Bill of Indictment.

On or about September 26, 2025, in Cleveland County, within the Western District of North Carolina,

1) LUIS ENRIQUE ANDRADE MENBRENO
and
2) NIXZON EDUARDO GARCIA CARILLO

did knowingly and unlawfully attempt to obstruct, delay, or affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully attempt to take United States currency belonging to the Tienda Mexicana El Huacal convenience store, located at 1506 E. Dixon Boulevard, Shelby, North Carolina, from the person and in the presence of one or more

persons, against their will, and by means of threatened force, violence, and fear of injury, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 1951 and 2.

*Space intentionally left blank.*

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violation set forth in this Bill of Indictment;

b. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. A forfeiture money judgment in the amount of at least $97,470.70, such amount constituting the proceeds of the violations set forth in this Bill of Indictment.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY

6